MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
ADAM J. WAX, ESQ.
Nevada Bar No. 12126
**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tele: (702) 362-6666
Fax: (702) 362-2203
Email: mkravitz@ksjattorneys.com
Email: awax@ksjattorneys.com
*Attorneys for Defendant,*
*Dean Kajioka*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NOVVA AUSRUSTUNG GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DEAN KAJIOKA,<br><br>Defendant. | Case No.: 2:17-cv-01293<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

**COMES NOW**, Defendant, DEAN KAJIOKA, (the "Defendant") by and through his attorneys of record, MARTIN J. KRAVITZ, ESQ. and ADAM J. WAX, ESQ., of the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., and the Plaintiff, NOVVA AUSRUSTUNG GROUP, INC. (the "Plaintiff"), by and through its attorney of record, ADAM K. BULT, ESQ. and EMILY A. ELLIS, ESQ., of the law firm of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and hereby submit this Stipulation to Extend Time To Answer or Otherwise Plead.

WHEREAS, Plaintiff filed its Complaint on May 8, 2017;

WHEREAS, Defendant's current deadline to file his Response to the Complaint is June 1, 2017;

1

019763\0001\15723299.1

WHEREAS, Defendant is in the process of obtaining proper documents in order to address specific allegations made in Plaintiff's Complaint;

WHEREAS, Defendant seeks up to and including June 15, 2017 to file its Response and Plaintiff has no opposition to this extension;

WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

(1) The current deadline of June 1, 2017 for Defendant DEAN KAJOIKA to file his Response to Plaintiff's Complaint is hereby vacated; and

(2) Defendant DEAN KAJOIKA shall have up to and including June 15, 2017 to file an Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this ___1___ day of June, 2017.

/s/ *Emily A. Ellis, Esq.*,
Adam K. Bult, Esq.
Emily A. Ellis, Esq.
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106
*Attorney for Plaintiff*
*NOVVA AUSRUSTUNG GROUP, INC.*

Martin J. Kravitz, Esq.
Nevada Bar No. 83
Adam J. Wax, Esq.
Nevada Bar No. 12126
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
*Attorneys for Defendant*
*DEAN KAJIOKA*

**IT IS ORDERED.**
DATED this ___2___ day of June, 2017.

_____
United States Magistrate Judge

2

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2017, I served the forgoing **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD (FIRST REQUEST)** was served electronically with the Clerk of the Court using the CM/ECF system and/or deposited for mailing in the US Mail, postage prepaid and addressed to the following:

Adam K. Bult, Esq.
Emily A. Ellis, Esq.
BROWNSTEIN HYATT
FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
(702) 382-2101
*Attorneys for Plaintiff*

Eric D. Herschmann, Esq.
Michael P. Bowen, Esq.
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
*Attorneys for Plaintiff*

An Employee of
KRAVITZ, SCHNITZER & JOHNSON, CHTD.

3

019763\0001\15723299.1