# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NOVVA AUSTRUTING GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br> DEAN KAJIOKA, <br><br> Defendant. | 2:17-cv-01293-VCF <br> **ORDER** |

    A Report and Recommendation deciding Plaintiff's motion to strike affirmative defenses 4-7, 17-28, and 36 (ECF No. 29) was filed at 1:58 PM, September 20, 2017. (ECF No. 32). At 4:50 PM, on the same day, Judge Boulware's Order approving a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge was entered. (ECF No. 33)

    For the reasons stated in the Report and Recommendation (ECF No. 29),

    IT IS HEREBY ORDERED that Novva's Motion to Strike (ECF No. 29) is GRANTED with respect to Kajioka's Affirmative Defenses Nos. 6, 7, 21-28, and 36.

    IT IS FURTHER ORDERED that Novva's Motion to Strike (ECF No. 29) is DENIED with respect to Kajioka's Affirmative Defenses Nos. 4, 5, and 17-20.

    DATED this 21st day of September, 2017.

                                                              _____

                                                               CAM FERENBACH <br>
                                                               UNITED STATES MAGISTRATE JUDGE